Case 4:15-cr-00019-TWP-VTW   Document 64   Filed 05/30/24   Page 1 of 4 PageID #: 256

AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)        Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

United States of America
v.

Christopher Jarvis

Case No: 4:15-CR-00019-TWP-VTW

USM No: 12833-028

Date of Original Judgment: 2/22/2018
Date of Previous Amended Judgment:
*(Use Date of Last Amended Judgment if Any)*

Jennifer H. Culotta (former)
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☒ DENIED.    ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 02/22/2018 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 5/30/2024

*Judge's signature*

Effective Date: _____
*(if different from order date)*

Honorable Tanya Walton Pratt, U.S. District Court Chief Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 4:15-cr-00019-TWP-VTW |
| CHRISTOPHER JARVIS, | ) ) | -01 |
| Defendant. | ) ) | |

### ORDER DENYING MOTIONS FOR REDUCTION OF SENTENCE

This matter is before the Court on Defendant Christopher Jarvis' ("Mr. Jarvis") Motions for Reduction of Sentence filed pursuant to 18 U.S.C. § 3582(c)(2), U.S.S.G. § 1B1.10, and Amendment 821 to the United States Sentencing Guidelines (Filing No. 53; Filing No. 59).[1] Mr. Jarvis was convicted of distributing child pornography (Filing No. 31). He received a sentence of 144 months (Filing No. 47 at 2). He seeks a reduction of his sentence pursuant to Part B of Amendment 821. Plaintiff United States of America ("the Government") has filed a Response in Opposition, in which it asserts that Mr. Jarvis is ineligible for reduction because Part B to Amendment 821 does not apply to him (Filing No. 61).

The Court has the authority to modify a previously imposed sentence pursuant to 18 U.S.C. § 3582(c)(2) if the defendant's guideline range has been lowered subsequent to his sentencing by an act of the United States Sentencing Commission. In determining whether a defendant is eligible for such relief, district courts are to employ a two-step analysis. *See Dillon v. United States*, 560

---

[1] The Court appointed the Indiana Federal Community Defender to represent Mr. Jarvis (Filing No. 54). Counsel was later granted leave to withdraw (Filing No. 57). Mr. Jarvis was provided an opportunity to supplement his motion following the withdrawal and filed a supplemental Motion on February 12, 2024 (Filing No. 59). The Court considers both of Mr. Jarvis' Motions together in deciding whether he is entitled to a sentence reduction under Amendment 821.

U.S. 817, 826 (2010). At step one, the Court is to determine whether the defendant is eligible for resentencing and the extent of the reduction authorized. *Id.* at 827. In making this determination the Court must heed the binding instructions of the Sentencing Commission codified at U.S.S.G. § 1B1.10. *Id.* at 828–29. If the defendant is eligible for reduction, the Court advances to the second step. At the second step, the Court considers any applicable § 3553(a) factors and determines whether, in the Court's discretion, the authorized reduction is warranted in whole or in part under the particular circumstances of the case. *Id.* at 827.

As to the step one analysis under *Dillon*, the Court agrees with the Government that Mr. Jarvis is ineligible for a sentence reduction because Part B to Amendment 821 does not apply to him. In Part B, the Sentencing Commission added a two-offense level reduction for certain offenders with zero criminal history points under the new U.S.S.G. § 4C1.1. However, the reduction applies only to zero-point offenders who meet the ten criteria under §§ 4C1.1(a)(1)–(10). Mr. Jarvis fails to meet § 4C1.1(5), which requires "the instant offense of conviction is not a sex offense." Under U.S.S.G. § 4C1.1(b)(2)(ii), the term "sex offense" includes "an offense, perpetrated against a minor, under . . . (ii) chapter 110 of title 18, not including a recordkeeping offense." Since Mr. Jarvis was convicted of distribution of child pornography under Chapter 110 of Title 18 of the United States Code (Filing No. 31), he is not eligible for the reduction under Part B to Amendment 821. *See* 18 U.S.C. § 2252(a)(2). Further, Mr. Jarvis' offense was one of distribution, not recordkeeping. 18 U.S.C. §§ 2257, 2257A. Part B of Amendment 821 therefore results in no change to Mr. Jarvis' Criminal History Category of I.

Because Mr. Jarvis' guideline range does not change, he is not eligible for resentencing. *See* § 3581(c)(2); § 1B1.10(a)(2)(B). The Court will therefore not proceed to step two under *Dillon*,

2

though the Court commends Mr. Jarvis for his diligent efforts toward his personal and professional growth while in custody and sincerely hopes that those efforts will continue.

Mr. Jarvis' Motions for Reduction of Sentence (Filing No. 53; Filing No. 59) are **DENIED.** Mr. Jarvis's total Criminal History Points of zero and Criminal History Category of I remain **unchanged**.

**SO ORDERED**.

Date: 5/30/2024

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

All Electronically Registered Counsel

CHRISTOPHER JARVIS
Reg. No. 12833-028
FCI Fort Dix
Federal Correctional Institution
P.O. BOX 2000
Joint Base MDL, NJ  08640